**SO ORDERED.**

**SIGNED this 4 day of October, 2016.**



**Austin E. Carter
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
Middle District Of Georgia

In re Jennie Floyd Hudson ,    Case No.  15-10552
Debtor

Chapter  13

## CONSENT ORDER ON DEBTOR'S MOTION FOR VIOLATION OF AUTOMATIC STAY AND CREDITOR MISCONDUCT

Debtor having filed a Motion for Violation of Automatic Stay and Creditor Misconduct [Doc. 33] (the "Motion") against CitiFinancial Servicing, LLC ("CitiFinancial"), and CitiFinancial having filed an Answer and Objection to the Motion [Doc. 35], and it appearing to the court that the Motion has been settled and resolved pursuant to a Compromise, Settlement and Release Agreement entered into between the parties,

It is hereby ORDERED that the Motion and relief requested therein is denied, with each party to bear their own costs, expenses and attorney's fees.

END OF DOCUMENT

Prepared by:                       Consented to by:

/s/ Je'Nita N. Lane, Esq.          /s/ Bret A. Beldt              /s/John Deloach
GA Bar No. 865134                  GA Bar No. 940327              GA Bar No. 217220
J. Lane Law Group, P.C.            Burr & Forman, LLP             Chapter 13 Trustee
PO Box 1843                        171 Seventeenth Street, N.W., Suite 1100
Albany, GA 31702                   Atlanta, GA 30363
229-886-1073 (phone)               (404) 815-3000 (phone)
1-888-694-6777 (fax)               (404) 817-3244 (fax)
jlanelaw@gmail.com                 bbeldt@burr.com

28255789 v3